IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02303-AP

ANITRA H. MONTANO,
        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
        Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

| | |
|---|---|
| MICHAEL W. SECKAR<br>402 W. 12th<br>Pueblo, CO 81003<br>Telephone: (719)543-8636<br>Facsimile: (719)543-8403<br>seckarlaw@mindspring.com | JOHN F. WALSH<br>United States Attorney<br>District of Colorado<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br><br>ALEXESS D. REA<br>Special Assistant United States Attorney<br>1001 17th Street<br>Denver, CO 80202<br>Telephone: (303) 844-7101<br>Facsimile: (303)454-0770<br>alexess.rea@ssa.gov |

For Defendant:

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

A. **Date Complaint Was Filed:** September 1, 2011
B. **Date Complaint Was Served on U.S. Attorney's Office:** October 7, 2011
C. **Date Answer and Administrative Record Were Filed:** December 5, 2011

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The Administrative Record appears to be complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties do not foresee offering any unusual claims or defenses in this case.

## 7. OTHER MATTERS

The parties are not aware of any other matters at this time.

## 8. BRIEFING SCHEDULE

Counsel for both parties agree to the following proposed briefing schedule:

A. **Plaintiff's Opening Brief Due:** February 6, 2012
B. **Defendant's Response Brief Due:** March 7, 2012
C. **Plaintiffs Reply Brief (If Any) Due:** March 22, 2012

## 9. STATEMENTS REGARDING ORAL ARGUMENT

A. **Plaintiff's Statement:**
   Plaintiff does not request oral argument.

**B. Defendant's Statement:**
Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.   ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.   (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 28th day of December, 2011.

BY THE COURT:

*S/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| *s/ Michael W. Seckar* | JOHN F. WALSH |
| MICHAEL W. SECKAR | United States Attorney |
| 402 W. 12th | District of Colorado |
| Pueblo, CO 81003 | |
| Telephone: (719)543-8636 | KEVIN TRASKOS |
| Facsimile: (719)543-8403 | Deputy Chief, Civil Division |
| seckarlaw@mindspring.com | United States Attorney's Office |
| Attorney for Plaintiff | |
| | WILLIAM G. PHARO |
| | Assistant United States Attorney |
| | |
| | s/  *Alexess D. Rea* |
| | ALEXESS D. REA |
| | Special Assistant United States Attorney |
| | 1001 17th Street |
| | Denver, CO 80202 |
| | Telephone: (303) 844-7101 |
| | Facsimile: (303) 454-0770 |
| | alexess.rea@ssa.gov |
| | |
| | Attorneys for Defendant |