IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02303-AP

ANITRA H. MONTANO,
            Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
            Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

MICHAEL W. SECKAR
402 W. 12th
Pueblo, CO 81003
Telephone: (719)543-8636
Facsimile: (719)543-8403
seckarlaw@mindspring.com

JOHN F. WALSH
United States Attorney
District of Colorado

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office

WILLIAM G. PHARO
Assistant United States Attorney

ALEXESS D. REA
Special Assistant United States Attorney
1001 17th Street
Denver, CO 80202
Telephone: (303) 844-7101
Facsimile: (303)454-0770
alexess.rea@ssa.gov

For Defendant:

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.  Date Complaint Was Filed:** September 1, 2011
**B.  Date Complaint Was Served on U.S. Attorney's Office:** October 7, 2011
**C. Date Answer and Administrative Record Were Filed:** December 5, 2011

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The Administrative Record appears to be complete and accurate.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties do not foresee offering any unusual claims or defenses in this case.

## 7.  OTHER MATTERS

The parties are not aware of any other matters at this time.

## 8.  BRIEFING SCHEDULE

Counsel for both parties agree to the following proposed briefing schedule:

**A.  Plaintiff's Opening Brief Due:** February 6, 2012
**B.  Defendant's Response Brief Due:** March 7, 2012
**C.  Plaintiffs Reply Brief (If Any) Due:** March 22, 2012

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A.  Plaintiff's Statement:**
        Plaintiff does not request oral argument.

**B. Defendant's Statement:**
   Defendant does not request oral argument

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.   ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.   (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

   DATED this 28th day of December, 2011.

                                        BY THE COURT:


                                        **_S/John L. Kane_**
                                        U.S. DISTRICT COURT JUDGE


                                        APPROVED:

For Plaintiff:

*s/ Michael W. Seckar*
MICHAEL W. SECKAR
402 W. 12th
Pueblo, CO 81003
Telephone: (719)543-8636
Facsimile: (719)543-8403
seckarlaw@mindspring.com
Attorney for Plaintiff

For Defendant:

JOHN F. WALSH
United States Attorney
District of Colorado

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office

WILLIAM G. PHARO
Assistant United States Attorney

*s/ Alexess D. Rea*
ALEXESS D. REA
Special Assistant United States Attorney
1001 17th Street
Denver, CO 80202
Telephone: (303) 844-7101
Facsimile: (303) 454-0770
alexess.rea@ssa.gov

Attorneys for Defendant