IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 11-cv-02303-WJM

ANITRA H. MONTANO,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming ALJ's Denial of Benefits (ECF No. 17), filed on December 26, 2012, by the Honorable William J. Martinez, United States District Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that the ALJ's denial of benefits is AFFIRMED.

    DATED at Denver, Colorado this 28th day of December, 2012.

                                  FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                                  By s/ Edward P. Butler
                                      Edward P. Butler
                                      Deputy Clerk